**FRANKS CONSTRUCTION, INC., Appellant,**

v.

**HEBER SPRINGS, ARKANSAS; Ed Roper, Mayor, in his official capacity, Appellees.**

No. 02–3009.

United States Court of Appeals, Eighth Circuit.

Submitted April 2, 2003.

Decided April 16, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

---

1. The Honorable Harold Vietor, United States District Court for the Southern District of Iowa.

[UNPUBLISHED]

PER CURIAM.

Franks Construction, Inc. (Franks) appeals the district court's[1] adverse judgment after a bench trial, of its 42 U.S.C. § 1983 complaint, in which Franks claimed that the City of Heber Springs, Arkansas, violated its substantive due process rights by failing to award Franks a construction contract after it submitted the lowest bid. Having carefully reviewed the record and the parties' briefs, we conclude that the district court's decision was proper. *See County of Sacramento v. Lewis,* 523 U.S. 833, 847, 118 S.Ct. 1708, 140 L.Ed.2d 1043 (1998). We also conclude that the district court did not abuse its discretion in denying Franks's postjudgment motion.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

A true copy.

A true copy.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.